**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Brian Henley Gentry,

Civil No. 00-2493 JMR/AJB

Petitioner,

v.

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS WRIT SHOULD NOT BE GRANTED**

State of Minnesota and Connie Roehrich, Warden, Minnesota Correctional Facility, Faribault,

Respondent.

Petitioner has filed a petition under 28 U.S.C. § 2254 for writ of habeas corpus, asserting that he is being unlawfully incarcerated at the Minnesota Correctional Facility, Faribault, Minnesota.

**IT IS HEREBY ORDERED** that respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true cause of petitioner's detention and shall further show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of petitioner's incarceration in light of the grounds for relief raised in the petition;

2. A reasoned memorandum of law and fact fully stating respondent's legal position and recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority;



FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Certified copies all court records, transcripts, prison records and other documents that may be material to the issues raised by the petition.

The Court will entertain a motion to grant the relief requested in the Petition if written response contemplated by this Order is not timely filed.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and documents to be submitted by respondent, the parties shall await the further order of this Court.

Dated: 11/28/00

Arthur J. Boylan
United States Magistrate Judge